The People of the State of New York ex rel. William A. De Groot, Appellant, *v.* James F. McLaughlin, Respondent.

*People ex. rel. De Groot* v. *McLaughlin*, 153 App. Div. 917, affirmed.

(Submitted October 12, 1914; decided November 10, 1914.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 27, 1912, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court in an action in the nature of quo warranto to determine title to office.

*Franklin M. Tomlin* for appellant.

*Leander B. Faber* and *Charles H. Street* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Werner, Hiscock, Chase, Collin, Hogan, Miller and Cardozo, JJ.